Collins v. Burkhalter.

Per Curiam: 1. The motion to dismiss the bill of exceptions is without merit.

2. Where a suit has been dismissed by the plaintiff, in order to bring a second suit for the same cause of action the plaintiff must pay the costs or file a pauper affidavit showing his inability to do so. A failure in this regard furnishes ground for a plea in abatement. *White* v. *Bryant*, 136 *Ga.* 423 (71 S. E. 677).

3. An arrangement between the clerk of the court and the plaintiff that the former would later make out a cost bill which the latter would pay, though carried out after the filing of the second suit, is not a substitute for the statutory requirement of actual payment of costs or the filing of a pauper affidavit. This is especially true where it is not made to appear that all of the cost was due to the clerk. *Board of Education* v. *Kelley*, 126 *Ga.* 479 (55 S. E. 238); *White* v. *Bryant*, supra; *Wright* v. *Jett*, 120 *Ga.* 995 (48 S. E. 345).

> Judgment reversed. All the Justices concur.
> February 18, 1916.

Trover. Before Judge Sheppard. Tattnall superior court. August 29, 1914.

*E. C. Collins* and *Hines & Jordan,* for plaintiff in error.
*Way & Burkhalter,* contra.